JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONYA WASHINGTON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALL GREEN FLOOR & CLEANING )<br>SERVICE, et al., )<br>)<br>Defendants. )<br>) | Case No. ED CV 14-0736 FMO (SPx)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Re Default Judgment, IT IS ADJUDGED THAT:

1. Judgment shall be entered in favor of plaintiff Tonya Washington, and against defendants Zehava Toledano and Eytan Toledano, jointly and severally, in the amount of $28,600.

2. All other claims in the Second Amended Complaint are dismissed with prejudice.

3. Plaintiff shall serve defendants Zehava Toledano and Eytan Toledano with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 9th day of March, 2015.

/s/
Fernando M. Olguin
United States District Judge